AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
AUG - 1 2019
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Jose MEDINA-Valencia, YOB: 1969, Mexican Citizen<br><br>*Defendant(s)* | Case No. M-19-1794-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 16, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)<br>Title 21 U.S.C. Section 846 | Possession with the intent to distribute in excess of 12.24 kilograms of cocaine, a Schedule II Controlled Substance.<br>Conspiracy to possess with the intent to distribute in excess of 5 kilograms of cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA S. DiPiazza 8/1/19 7:50 am
AO; Piazza

*Complainant's signature*

Special Agent Matthew deSaracho, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 1, 2019  8:14 am

*Judge's signature*

City and state: McAllen, Texas

Peter E. Ormsby
*Printed name and title*

Attachment A

On or about May 16, 2019, agents from the Drug Enforcement Administration (DEA) and the Texas Department of Public Safety (DPS) were conducting surveillance of a truck tractor and semi-trailer in McAllen, Texas. Agents observed the driver of the truck tractor meet with two Hispanic males in a white pickup truck, in the south end of the tractor parking lot. While meeting with the two males, agents observed batteries being exchanged from the truck tractor to a white pickup truck. The truck tractor and semi-trailer was then jump started by the occupants of the white pickup truck, and left the area. Agents followed the truck tractor to the Sarita Border Patrol Checkpoint. Upon arriving at the U.S. Border Patrol checkpoint, a U.S. Border Patrol agent asked and obtained consent from the driver to search behind the driver's seat of the truck tractor. During the search of the truck tractor, a U.S. Border Patrol K-9 conducted a non-intrusive, free air-sniff of the vehicles exterior, and alerted to the presence of possible narcotics in the cab area of the truck tractor. The driver and the tractor/trailer was then referred to secondary inspection, during which a U.S. Border Patrol K-9 again alerted to the cab area of the truck tractor, specifically the battery area of the truck tractor. Upon closer inspection of the battery compartment, Agents observed four vehicle batteries. Three of the four vehicle batteries appeared to have been tampered with. Upon opening the three batteries, Agents discovered a total of ten bundles of a white, powdery substance, weighing approximately 12.24 kilograms, that field tested positive for cocaine. A traffic stop of the white pickup truck, conducted by Texas Department of Public Safety Highway Patrol on that same date, identified Jose MEDINA-Valencia as the driver of the white pickup truck.

On July 31, 2019, agents encountered MEDINA-Valencia following a traffic stop by Texas Department of Public Safety Highway Patrol. MEDINA-Valencia agreed to speak with

agents. Agents advised MEDINA-Valencia of his Miranda rights, which he agreed to waive and answer questions from agents. During the interview, MEDINA-Valencia made false statements regarding the events on May 16, 2019. MEDINA-Valencia eventually stated that on May 16, 2019, he met with a tractor/trailer driver, and provided him with batteries that he knew contained narcotics. The interview was concluded and MEDINA-Valencia was arrested and held pending an initial appearance before the U.S. District Court Magistrate Judge.